EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 2 2001

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR01-00486 SOM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. _____ |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | [18 U.S.C. §§ 152(1), 152(3)] |
| ) | |
| KATHLEEN SUE GRISWOLD, ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury charges:

From on or about March 24, 1999 until May 6, 1999, in the District of Hawaii and elsewhere, the Defendant, KATHLEEN SUE GRISWOLD, did knowingly and fraudulently conceal property belonging to the estate, in and in relation to a case under Title 11, IN RE KATHLEEN SUE GRISWOLD, Bankruptcy Court Case No.

99-01276, specifically approximately $41,000, a ring, and a loose diamond, from the trustee charged with control of the debtor's property, from the creditors and the United States Trustee.

All in violation of Title 18, United States Code, Section 152(1).

### Count 2

The Grand Jury further charges:

On or about March 22, 1999, in the District of Hawaii, the Defendant, KATHLEEN SUE GRISWOLD, knowingly and fraudulently made false declarations, certificates, and statements under penalty of perjury, as permitted under Section 1746 of Title 28, in and in relation to a case under Title 11, IN RE KATHLEEN SUE GRISWOLD, Bankruptcy Court Case No. 99-01276, by submitting a Statement of Financial Affairs in which she described the contents or her safe deposit box at the First Hawaiian Bank as "papers." In fact, as the defendant knew the box also contained approximately $41,000 in cash, a ring, and a loose diamond.

//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Section 152(3).

DATED: _12/12/01_____, 2001, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney


UNITED STATES vs. KATHLEEN SUE GRISWOLD
Cr. No. _____
"Indictment"